UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMAL EL ABED,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Respondents. | Case No. 5:25-cv-02361-FWS-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Jamal El Abed ("Petitioner"), through counsel, the briefing by the parties on Petitioner's Motion for Preliminary Injunction (Dkt. 5, 7, 9), this Court's Order granting the Motion for Preliminary Injunction (Dkt. 16, "Order"), the Answer to the Petition filed by Respondents (Dkt. 9), the Reply in support of the Petition (Dkt. 10), the Report and Recommendation of the United States Magistrate Judge (Dkt. 14, "Report"), and the Notice of Mootness re: Objections to the Report filed by Petitioners, stating Petitioners "would have filed objections" to the Report, but did not do so because, due to the Order, Respondents assert

"the matter is now moot" (Dkt. 17). As no party filed a timely, actual objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that:

    (1) the Petition (Dkt. 1) is GRANTED as set forth below; and

    (2) Judgment shall be entered directing that, as set forth in the Order, Petitioner is to remain released on the original terms and conditions of his Order of Supervision; nothing herein or in the Judgment prevents future lawful immigration related proceedings related to Petitioner.

Dated: November 14, 2025

_____
Hon. Fred W. Slaughter
United States District Judge