UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMAL EL ABED,<br><br>   Petitioner,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>   Respondents. | Case No. 5:25-cv-02361-FWS-JDE<br><br>JUDGMENT |

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is GRANTED as follows: as set forth in the Order of this Court entered on October 28, 2025 (Dkt. 16), Petitioner Jamal El Abed ("Petitioner") is to remain released on the original terms and conditions of his Order of Supervision; nothing herein or in the Judgment prevents future lawful immigration related proceedings related to Petitioner.

**IT IS SO ORDERED**.

Dated: November 14, 2025

_____
Hon. Fred W. Slaughter
United States District Judge